UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROJIH MANILA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC.,<br><br>　　　　Defendant. | Case No.   1:15-cv-00668-SAB<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>(ECF No. 5) |

　　　Plaintiff filed this action on May 1, 2015. On July 22, 2015, Plaintiff filed a notice to dismiss this action with prejudice.

　　　"[U]nder Rule 41(a)(1)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078. No defendant has filed an answer or other responsive pleading.

/ / /

/ / /

1  Accordingly, based upon Plaintiff's notice of voluntary dismissal, this action is dismissed with
2  prejudice in its entirety.

3  IT IS SO ORDERED.

4  Dated:   **July 24, 2015**

5  UNITED STATES MAGISTRATE JUDGE